### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GILFORD D. DELOZIER,<br><br>                    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner, Social Security Administration,<br><br>                    Defendant. | Case No. 13-CV-562-TCK-FHM |

### OPINION AND ORDER

The Commissioner's Motion to Dismiss, [Dkt. 14], is before the undersigned United States Magistrate Judge. The motion was filed on January 9, 2014, and no response opposing the motion has been filed by Plaintiff. Pursuant to LCvR 7.2(f), Plaintiff is hereby granted an additional 14 days in which to file a response brief. If no brief is filed, the motion will be deemed confessed, and a recommendation entered that the case be dismissed.

Plaintiff's response brief, if any, is due on or before the 18th day of February, 2014.

SO ORDERED this 3rd day of February, 2014.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE